IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 10cv766 (RLW) |
| CHARLES M. COUGHLIN and SABRINA M. COUGHLIN, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

The parties respectfully submit this Status Report pursuant to this Court's Minute Order dated January 17, 2014.

### Background

1. On May 12, 2010, the United States filed the Complaint in this matter seeking civil damages against Defendants under the False Claims Act and common law. ECF No. 1.

2. Defendants filed an Answer on July 9, 2012. ECF No. 4.

3. The previously assigned District Court ordered the parties to file a Local Civil Rule 16.3 Report (Joint Meet and Confer Statement) and set an Initial Scheduling Conference for August 26, 2010. ECF No. 5.

4. In the parties' Joint Meet and Confer Statement, the Defendants requested that this matter be stayed pending the outcome of a pending criminal matter (United

States v. Charles Coughlin, 08cr334 (RCL)), stemming from the same allegations that form the basis of this Complaint. ECF No. 7.

5. The Court postponed the Initial Scheduling Conference with a new date to be determined by the Court. Minute Order dated August 24, 2010. The Court never set a new date.

6. In August 2011, Defendant Charles Coughlin was convicted by a jury in the criminal matter on one count of Filing a False Claim and one count of Theft of Government Money. 08cr334 ECF No. 141.

7. On December 12, 2011, Defendant Charles Coughlin was sentenced by Chief Judge Royce C. Lamberth to 41 months in prison and three years supervised release. 08cr334 ECF No. 179.

8. Upon the mutual request of the parties, the Court ordered on March 14, 2012, that the present matter be stayed pending the criminal appeal.

## Status Report

9. In the criminal matter, the Supreme Court denied Defendant Charles Coughlin's petition for a writ of certiorari on December 16, 2013. See *Coughlin v. United States*, No. 13-7325 (Dec. 16, 2013). On December 23, 2013, the Mandate from the Court of Appeals for the District of Columbia Circuit having been received, this Court ordered that the criminal judgment entered against Mr. Coughlin on December 20, 2011 be executed. See *United States v. Coughlin*, No. 08-cr-00334-RCL (Minute Order dated Dec. 23, 2013). On January 17, 2014, Mr. Coughlin was directed by a United

States Probation Officer to report to a specified federal correctional institution on February 6, 2014.

10. In this matter, the parties are still communicating with each other as to a possible resolution of this case. The plaintiff has proposed the general terms of a possible settlement, which need to be reduced to writing. The defendants' undersigned counsel believes that those terms (as he understands them) may be in the range of an acceptable resolution but is awaiting the written terms so that he can review them with his clients and advise them. The plaintiffs' counsel has undertaken to send the written terms of a proposed settlement to the defendants' counsel by Friday, January 24, 2014.

11. Accordingly, the parties propose to file a status report on Friday, February 21, 2014, if that is acceptable to the Court.

Respectfully submitted,

RONALD C. MACHEN JR., DC Bar 447889
United States Attorney

DANIEL F. VAN HORN, DC Bar 924092
Chief, Civil Division

| /s/ *Darrell C. Valdez with permission* | /s/ *John A. Bourgeois* |
|---|---|
| DARRELL C. VALDEZ, DC Bar 420232 | JOHN A. BOURGEOIS, DC Bar 490400 |
| Assistant United States Attorney | KRAMON & GRAHAM, P.A. |
| Judiciary Center Building | One South Street |
| 555 4th St., N.W., Civil Division | Suite 2600 |
| Washington, D.C. 20530 | Baltimore, Maryland 21202 |
| (202) 252-2507 | (410) 752-6030 |
| Attorney for Plaintiff | Attorney for Defendants |